**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stanley Fishman, ) | No. CV-07-1105-PHX-LOA |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Spring Valley Apartments, ) | |
| Defendant. ) | |

On the Court's own motion,

**IT IS ORDERED**, pursuant to Rule 59(d), FED.R.CIV.P., that portion of the Clerk's Judgment (docket # 6), entered herein at the undersigned's request, that dismisses this lawsuit with prejudice[1] is hereby **VACATED**.

**IT IS FURTHER ORDERED** that this lawsuit is **DISMISSED** without

/ / /

/ / /

/ / /

---

[1] Ordinarily, a case dismissed for lack of subject matter jurisdiction should be dismissed without prejudice so that a plaintiff may reassert his claims in a competent court. *Black v. Payne*, 591 F.2d 83, 86 (9th Cir.), *cert. denied*, 444 U.S. 867, 100 S.Ct. 139, 62 L.Ed.2d 90 (1979); *Frigard v. United States*, 862 F.2d 201, 204 (9th Cir.1988).

prejudice for lack of subject-matter jurisdiction and without leave to refile an amended complaint in this federal court.

DATED this 12th day of June, 2007.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge