1 **WO**

2

3

4

5

6                         IN THE UNITED STATES DISTRICT COURT

7                            FOR THE DISTRICT OF ARIZONA

8

9    Stanley Fishman,                      )    No. CV-07-1105-PHX-LOA
                                           )
10              Plaintiff,                  )    **ORDER**
                                           )
11   vs.                                    )
                                           )
12                                          )
     Spring Valley Apartments,             )
13                                          )
                Defendant.                  )
14                                          )
                                           )
15

16          On the Court's own motion,

17          **IT IS ORDERED**, pursuant to Rule 59(d), FED.R.CIV.P., that portion of the

18   Clerk's Judgment (docket # 6), entered herein at the undersigned's request, that dismisses this

19   lawsuit with prejudice[1] is hereby **VACATED**.

20          **IT IS FURTHER ORDERED** that this lawsuit is **DISMISSED** without

21   / / /

22   / / /

23   / / /

24

25

26          [1] Ordinarily, a case dismissed for lack of subject matter jurisdiction should be
27   dismissed without prejudice so that a plaintiff may reassert his claims in a competent court.
     *Black v. Payne*, 591 F.2d 83, 86 (9th Cir.), *cert. denied*, 444 U.S. 867, 100 S.Ct. 139, 62
28   L.Ed.2d 90 (1979); *Frigard v. United States*, 862 F.2d 201, 204 (9th Cir.1988).

1    prejudice for lack of subject-matter jurisdiction and without leave to refile an amended

2    complaint in this federal court.

3         DATED this 12th day of June, 2007.

4

5    _____
     Lawrence O. Anderson

6    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28