**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stanley Fishman, ) | No. CV-07-1105-PHX-LOA |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Spring Valley Apartments, ) | |
| Defendant. ) | |

The Court is in receipt of Plaintiff's motion, filed September 27, 2007, which the undersigned will construe as a Motion to Reopen Case. For some unknown reason, the motion does not yet appear on the Court's docket, although it is file stamped September 17, 2007.

Plaintiff's motion appears to be addressing the dismissal of his appeal in the United States Court of Appeals for the Ninth Circuit and, therefore, is incorrectly filed in this Court. In the event Plaintiff seeks to reopen this case at the District Court level

**IT IS ORDERED denying** Plaintiff's Motion to Reopen Case, filed September 17, 2007.

/ / /

/ / /

/ / /

1  **IT IS FURTHER ORDERED** directing the Clerk of the Court to file Plaintiff's
2  Motion as of September 17, 2007, a copy of which will be provided by the undersigned's
3  staff to the Clerk's Office.

4  DATED this 20th day of September, 2007.

```
                    Lawrence O. Anderson
                    United States Magistrate Judge
```